**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Guangzhou Youlan Technology Co. Ltd.
                                            Plaintiff,
v.                                          Case No.: 1:25−cv−11051
                                            Honorable Jeremy C. Daniel
Onbrill World
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 3, 2025:

    MINUTE entry before the Honorable Joan H. Lefkow: TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT: Pursuant to the provisions of 28 USC 294(b). Mailed notice (ph, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.