# United States District Court
# Northern District of Illinois

In the Matter of

| | |
|---|---|
| Guangzhou Youlan Technology Co. Ltd. | District Judge Jeremy C. Daniel |
| v. | Case No. 25-CV-11051 |
| Onbrill World | Designated Magistrate Judge Laura K. McNally |

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

    I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my request are indicated on the bottom of this form.

*[signature]*

**Judge Joan Humphrey Lefkow**

Date: Friday, October 3, 2025

---

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

Dated: Friday, October 3, 2025

District Reassignment - By Lot

........................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: